UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   19-14035-CR-ROSENBERG/MAYNARD

UNITED STATES OF AMERICA

vs.

**TENTLOGIX, INC.,**
a Florida corporation,

                    **Defendant.**
_____/

**UNITED STATES' REQUEST FOR ISSUANCE OF A SUMMONS AS TO DEFENDANT TENTLOGIX, INC.**

Comes now the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests the Court to direct the Clerk of Court to issue a Summons for the arraignment of the defendant, TentLogix, Inc., at a date and time set by the Court.

## BACKGROUND

On July 11, 2019, a federal grand jury in the Southern District of Florida returned an indictment charging TentLogix, Inc. ("TentLogix"), Gary Hendry ("Hendry"), Dennis Birdsall ("Birdsall"), and Kent Hughes ("Hughes") with conspiring to harbor aliens for the purpose of commercial advantage in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I). (Doc. No. 1.)  TentLogix is an active Florida corporation with a registered address of 1121 DiGiorgio Road, Fort Pierce, Florida.

Federal Rule of Criminal Procedure 9 provides, in relevant part, as follows:

> The court must issue a warrant--or at the government's request, a summons--for each defendant named in an indictment or named in an information if one or more affidavits accompanying the information establish probable cause to believe that an offense has been committed and that the defendant committed it.  The court may issue more than one warrant or summons for the same defendant.  If a defendant

fails to appear in response to a summons, the court may, and upon request of an attorney for the government must, issue a warrant. The court must issue the arrest warrant to an officer authorized to execute it or the summons to a person authorized to serve it.

Fed. R. Crim. P. 9(a).

The United States respectfully requests the Court to direct the Clerk of Court to issue the attached Summons for the arraignment of TentLogix at a date and time set by the Court.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:    **/s/Michael D. Porter**
    Michael D. Porter
    Assistant United States Attorney
    Florida Bar# 0031149
    101 South U.S. Highway 1
    Suite 3100
    Fort Pierce, Florida 34950
    Telephone: (772) 293-0950
    Email:michael.porter2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by either regular U.S. mail or inter-office delivery.

    **/s/Michael D. Porter**
    Michael D. Porter
    Assistant United States Attorney