**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-14035-CR-ROSENBERG/MAYNARD**

**UNITED STATES OF AMERICA**

**vs.**

**TENTLOGIX, INC., ET AL.,**

**Defendants.**
______________________________________/

**UNITED STATES' UNOPPOSED MOTION**
**FOR PROTECTIVE ORDER**

Comes now the United States of America, by and through the undersigned Assistant United States Attorney, and hereby moves this Court to issue the attached protective order limiting the disclosure of discovery materials related to certain financial records, tax records, including federal income tax returns and W-2 statements, employee records, including Form I-9s, and bank records.

**BACKGROUND**

On July 11, 2019, a federal grand jury in the Southern District of Florida returned an indictment charging TentLogix, Inc. ("TentLogix"), Gary Hendry ("Hendry"), Dennis Birdsall ("Birdsall"), and Kent Hughes ("Hughes") with conspiring to harbor aliens for the purpose of commercial advantage in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I). (Doc. No. 1.) As part of its discovery obligations pursuant to Federal Rule of Criminal Procedure 16 and this Court's Standing Discovery Order, the United States is obligated to turn over information it intends to use to prove its case-in-chief at trial.

During the course of its investigation, the United States has obtained certain financial records, tax records, including federal income tax returns and W-2 statements, employee records,

including Form I-9s, and bank records related to the above-referenced charges. The United States intends to use many of these records to prove its case-in-chief at trial. Many of these records contain "personal identifying information" commonly known as "PII", such as names, dates of birth, Social Security numbers, and other confidential information, such as federal income tax returns, W-2 statements, and Form I-9s. Providing this information in discovery will be necessary in order to satisfy the United States' discovery obligations. The records are voluminous and any effort to redact particular information would be infeasible. This type of information should not be made available indiscriminately to the public. Therefore, the United States hereby proposes an order limiting disclosure of this information. Counsel for the defendants have been informed of the relief sought herein, including the proposed Order, and do not oppose the motion.

**CONCLUSION**

WHEREFORE, the United States respectfully moves this Court to issue the attached proposed order.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: **/s/Michael D. Porter**__________

Michael D. Porter
Assistant United States Attorney
Florida Bar# 0031149
101 South U.S. Highway 1
Suite 3100
Fort Pierce, Florida 34950
Telephone: (772) 293-0950
Email:michael.porter2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by either regular U.S. mail or inter-office delivery.

**/s/Michael D. Porter**
Michael D. Porter
Assistant United States Attorney