UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14035-ROSENBERG/MAYNARD

UNITED STATE OF AMERICA,
    Plaintiff

v.

TENTLOGIX, INC.

    Defendant.

_____/

## MOTION TO CONTINUE STATUS CONFERENCE

COMES NOW the Defendant, TENTLOGIX, INC., by and through its undersigned attorneys and respectfully moves the Court to Continue the Status Conference presently scheduled for October 31, 2019, at 9:00 a.m., for one week and as grounds therefore would respectfully show as follows:

1. The Parties are diligently working on a settlement and verily believe it will be effectuated within approximately one week.

2. The undersigned counsel spoke to Assistant United States Attorney, Michael Porter who advised that the Government has no objected to the motion.

3. Because of the corporate structure of Tentlogix and the need for a corporate resolution approving the settlement additional time is necessary.

WHEREFORE, the Defendant, TENTLOGIX, INC., respectful request that the Court continue the Status Conference scheduled for October 31, 2019 for one week.

                                            Respectfully submitted,

                                            ROTH & DUNCAN, P.A.
                                            515 North Flagler Drive, Ste. 325

West Palm Beach, Florida  33401
Telephone:  (561) 655-5529
Facsimile: (561)655-7818
Email: droth@rothduncan.com

_____
DAVID ROTH, ESQUIRE
Florida Bar #116023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by Mail/Electronic filing to, Michael Porter, Esquire, michael.porter2@usdoj.us; 550 S 2nd Street, Fort Pierce, FL 34950; US Probation Officer, Christina Williams Christina_Williams@flsp.uscourts.gov; Adrienne Rosen, Esquire, Adrienne.Rosen@usdoj.gov, Assistant United States Attorney, 99 N.E. 4th Street, 7th Floor, Miami, FL 33132-2111; Christopher Haddad, Esquire, chris@chrishaddad.com, 7301 S. Dixie Highway, Unit B, West Palm Beach, FL 33405; Robert Watson, Esquire, rjwpa@yahoo.com, 3601 S.E. Ocean Blvd., Suite 004, Stuart, FL 34996; this ___ day of October, 2019.

ROTH & DUNCAN, P.A.
515 North Flagler Drive, Ste. 325
West Palm Beach, Florida  33401
Telephone:  (561) 655-5529
Facsimile: (561)655-7818
Email: droth@rothduncan.com

_____
DAVID ROTH, ESQUIRE
Florida Bar #116023