UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14035-ROSENBERG/MAYNARD

UNITED STATE OF AMERICA,
    Plaintiff

v.

TENTLOGIX, INC.,
A Florida Corporation

    Defendant.
_____/

## NOTICE OF FILING OF CONFIRMATION

**COMES NOW** the Defendant, TENTLOGIX, INC., by and through its undersigned attorneys and files this the Fourth Amended Plan or Reorganization for Tentlogix, Inc., in the United States Bankruptcy Court Southern District of Florida, West Palm Beach Division.

It is the intent of Tentlogix, Inc., to abide by each and every requirement of said confirmation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by Electronic filing to Adrienne Rosen, Esquire, Adrienne.Rosen@usdoj.gov, and Emily Stone, Esquire, emily.stone@usdoj.gov 99 N.E. 4th Street, 7th Floor, Miami, FL 33132-2111, Michael Porter, Esquire, michael.porter2@usdoj.us; 550 S 2nd Street, Fort Pierce, FL 34950, 99 NE 4th St Fl, Haddad, Esquire, chris@chrishaddad.com, 7301 S. Dixie Highway, Unit B, WPB, FL 33405, Robert Watson, Esquire, rjwpa@yahoo.com, 3601 S.E. Ocean Blvd., Suite 004, Stuart, FL 3499 this _____ day of March, 2022.

                            Respectfully submitted,
                            ROTH & DUNCAN, P.A.
                            Northbridge Centre, Suite 325
                            515 North Flagler Drive, P.O. Box 770
                            West Palm Beach, Florida 33402
                            Tele: (561) 655-5529

                            _____
                            DAVID ROTH
                            Fla. Bar #116023